UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON MICHAEL DUPUIS,

       Petitioner,

v.

KIM CARGOR,

       Respondent,

_____/

Case No. 4:25-CV-11656
Honorable F. Kay Behm
United States District Court Judge

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, and in accordance with the Memorandum Opinion and Order entered on March 4, 2026:

    (1)  The Petition for Writ of Habeas Corpus is DENIED WITH PREJUDICE.
    (2)  A Certificate of Appealability is DENIED.
    (3)  Petitioner is GRANTED leave to appeal *in forma pauperis*.

    SO ORDERED.

Date: March 4, 2026

                    s/F. Kay Behm
                    F. Kay Behm
                    United States District Judge